# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CAROLE SCHEIB, A MARRIED WOMAN,   :  No. 18 WM 2019

               Petitioner        :

               v.            :

CHIEF MOTIONS COURT, TONY       :
BAGNATO, BANK OF NY MELLON NA /   :
REED DAVIS SR. JAMES ROZBERIL AS  :
ALL PARTIES,                :

            Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the Application for Extraordinary Relief is DENIED.